IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW P. DEC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 10-300 |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| BOARD OF CORRECTIONS | ) | |
| AND NAVAL RECORDS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the same reasons stated in the Memorandum and Order entered today in <u>Matthew P. Dec, *et al.*</u>, v. <u>Jill Double, *et al.*</u>, Civil Action No. 10-301 (Bissoon, M.J.), Plaintiff shall, **by May 14, 2010**, file an amended complaint containing his signature.

Should Plaintiff fail to timely comply with this Order, the current Complaint will be stricken under Federal Rule of Civil Procedure 11(a).

IT IS SO ORDERED.


May 5, 2010                                                     s\Cathy Bissoon
                                                                Cathy Bissoon
                                                                United States Magistrate Judge


cc (via First-Class U.S. Mail):

Matthew P. Dec
202 Campbell Ave.
Butler, PA 16001